In the Matter of the Application of JAMES F. EGAN, Public Administrator of New York County, as Administrator, etc., of VALENTINE ECKERT, Deceased, Respondent, to Discover Certain Property of Said Deceased Claimed to Be Withheld. JEROME HIRSHFELD, Appellant.— Appeal from a final decree in a discovery proceeding, entered in the Surrogate's Court, New York county, after trial before the surrogate without a jury. Decree directing appellant to turn over to the public administrator $2,099.97, which appellant claims he received as a gift *causa*

*mortis*, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.